FILED

Dec 02 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Corinne Chandler – State Bar No. 111423
 E-mail: cchandler@kantorlaw.net
Glenn R. Kantor – State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
MARLEN WIGHTMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLEN WIGHTMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENWORTH LIFE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO.: 5:22-cv-03293-NC<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and his own fees and costs.

DATED: December 2, 2022



_____
Hon. Nathanael M. Cousins
U.S. Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

1
ORDER FOR DISMISSAL